ORIGINAL

FILED
MAR 31 2004
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

1  DANIEL J. BUSSEL (State Bar No. 121939),
   MICHAEL L. TUCHIN (State Bar No. 150375), and
2  BRENDT C. BUTLER (State Bar No. 211273), Attorneys with
   KLEE, TUCHIN, BOGDANOFF & STERN LLP
3  2121 Avenue of the Stars, 33rd Floor
   Los Angeles, California 90067-5061
4  Telephone:   (310) 407-4000
   Facsimile:   (310) 407-9090
5
   Reorganization Counsel for
6  Reorganized Fountain View

7  Reorganized Fountain View's Mailing Address
   27442 Portola Parkway, Suite 200
8  Foothill Ranch, CA 92610

ENTERED
APR - 1 2004
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

9              UNITED STATES BANKRUPTCY COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11                   LOS ANGELES DIVISION

13  In re:                                 Case No.:   LA 01-39678 BB through
                                                       LA 01-39697 BB
14  FOUNTAIN VIEW, INC., a Delaware
    corporation, et al.                    And         LA 01-45516 BB;
15                                                     LA 01-45520 BB; and
                                                       LA 01-45525 BB
16
              Debtors.                     (Jointly Administered under Case No.
17                                         LA 01-39678 BB)

18                                         Chapter 11

19
                                           **STIPULATION BETWEEN THE
20                                         DEBTORS AND HILL-ROM
                                           COMPANY, INC. REGARDING
21                                         SETTLEMENT AND ALLOWANCE
                                           OF CLAIM**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____
04 MAR 26 PM 3:38
LODGED

Hill-Rom
Stipulation

1

1  This stipulation (the "Stipulation") is made and entered into by and between
2  Fountain View, Inc., d/b/a Skilled Healthcare Group (as reorganized and substantively
3  consolidated with its 22 chapter 11 affiliates pursuant to the *Debtors' Third Amended Joint*
4  *Plan of Reorganization dated April 22, 2003* (the "Plan"),[1] hereinafter referred to as "Skilled
5  Healthcare") and Hill-Rom Company, Inc., ("Hill-Rom" and with Skilled Healthcare, the
6  "Parties") with reference to the following facts:

### RECITALS

8  1.  On October 2, 2001 (the "Petition Date"), Fountain View, Inc. and
9  nineteen of its subsidiaries filed voluntary petitions under chapter 11 of title 11 of the United
10 States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central
11 District of California (the "Bankruptcy Court"). On November 28, 2001, voluntary chapter
12 11 petitions were filed for three additional affiliates of Fountain View, Inc. On July 10,
13 2003, the Bankruptcy Court entered its *Order Confirming Debtors' Third Amended Joint*
14 *Plan of Reorganization dated April 22, 2003 and Authorizing Substantive Consolidation*
15 ("Confirmation Order").

16 2.  Prior to the Petition Date, Hill-Rom was a vendor that provided beds to
17 Fountain View, Inc. and its subsidiaries.

18 3.  Hill-Rom filed suit against Fountain View, Inc. in the Los Angeles
19 County Superior Court, North Central District, Glendale Court, Glendale, California, and
20 such suit is styled: *Hill-Rom Company, Inc. vs. Fountain View, Inc. a Delaware corporation*
21 Cause No. EC031912 (hereinafter, the "State Court Action").

22 4.  Hill-Rom filed seven proofs of claim against the Debtors' estates on
23 August 26, 2002 in the aggregate amount of $258,091.80. Hill-Rom's seven proofs of
24 claims are as follows: (i) Proof of Claim no. 1115 in the amount of $128,558.19 filed against
25 the estate of Summit Care Texas, L.P.; (ii) Proof of Claim no. 1116 in the amount of
26 $111,453.40 filed against the estate of Summit Care-Texas, No.3, Inc.; (iii) Proof of Claim

---

[1] Except as otherwise defined herein, capitalized terms have the meaning ascribed to them in the Plan.

1　no. 1117 in the amount of $358.43 filed against the estate of Rio Hondo Nursing Center; (iv)

2　Proof of Claim no. 1118 in the amount of $8,029.05 filed against the estate of Fountain

3　View, Inc.; (v) Proof of Claim no. 1119 in the amount of $2,818.68 filed against Summit

4　Care California, Inc.; (vi) Proof of Claim no. 1120 in the amount of $7,685.19 filed against

5　Brier Oak Convalescent, Inc.; and (vii) Proof of Claim no. 1121 in the amount of $811.14

6　filed against Summit Care Corp.

7　　　　5.　　Desiring to avoid the costs and risks associated with litigation, the

8　Parties have agreed to enter into the Stipulation with respect to the allowance of Hill-Rom's

9　claims against the Debtors.

## STIPULATION

**NOW THEREFORE**, in consideration of the promises and mutual covenants contained in this Stipulation, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Skilled Healthcare and Hill-Rom stipulate and agree as follows:

A.　　Following entry of an order by the Court approving this Stipulation, Hill-Rom agrees to promptly withdraw the following Proofs of Claim: 1115, 1116, 1117, 1119, 1120 and 1121.

B.　　Following entry of an order by the Court approving this Stipulation, Hill-Rom agrees to promptly dismiss the State Court Action with prejudice and execute such further documentation as may be necessary to effectuate the terms of this Stipulation.

C.　　Hill-Rom's Claim no. 1118 shall be allowed as an unsecured non-priority claim in the amount of $175,000.00, which is a Class 10 Claim under the Plan. The Claim will be treated under Payment Option 10B of the Plan; Hill-Rom is a Continuing Creditor under the Plan.

D.　　Hill-Rom's Claim no. 1118 will be deemed allowed and not subject to further objection. Hill-Rom fully and forever releases and discharges Skilled Healthcare, Reorganized Fountain View, the Reorganized Enterprise, the Debtors and their estates, and their past, present and future predecessors, successors, heirs, spouses, assigns, parent

Hill-Rom
Stipulation

3

1  companies, subsidiaries, affiliates, divisions, real or alleged alter egos, managers, general
2  partners, limited partners, managing members, members, principals, shareholders, directors,
3  officers, employees, independent contractors, consultants, representatives, attorneys and
4  accountants, and all persons or entities directly or indirectly affiliated with or acting on
5  behalf of or in concert with any of them of and from any and all other claims, debts, and
6  liabilities of any kind, known or unknown.
7           E.     **Hill-Rom acknowledges that it is familiar with California Civil**
8  **Code section 1542, which is set forth below in relevant part, and it waives and**
9  **relinquishes all rights and benefits that it has or may have under such provision or any**
10 **similar law:**

> A general release does not extend to claims which the creditor
> does not know or suspect to exist in his favor at the time of
> executing the release, which if known by him must have
> materially affected his settlement with the debtor.

14          F.     This Stipulation shall be interpreted pursuant to the laws of the State of
15 California, without reference to conflict of law principles. Any dispute arising in connection
16 herewith or relating hereto shall be adjudicated by the Bankruptcy Court pursuant to its
17 retained jurisdiction under the Plan and Confirmation Order.

19 Dated: __10/21__, 2003           FOUNTAIN VIEW, INC. AND ITS CHAPTER 11
                                    AFFILIATES

                                    By: _William C. Scott_ (signature)
                                        William C. Scott
                                        Chairman

24 Dated: _October 22_, 2003        HILL-ROM COMPANY, INC.,

                                    By: _(signature)_

                                    Print Name/Title: Joseph M. Haynes
                                                      Director of Credit

Hill-Rom
Stipulation                                 4

## ORDER

**IT IS SO ORDERED.**

DATED: 3/31/04

*[signature]*

THE HONORABLE SHERI BLUEBOND
UNITED STATES BANKRUPTCY JUDGE

## **PROOF OF SERVICE**

I am over eighteen years of age, and I am not a party to this action. I am employed by Klee, Tuchin, Bogdanoff & Stern LLP, and my business address is: Fox Plaza, 2121 Avenue of the Stars, Thirty-Third Floor, Los Angeles, CA 90067-5061. Klee, Tuchin, Bogdanoff & Stern LLP employs a member of the bar of the State of California at whose direction this service was made.

On March 26, 2004 I served the following pleading:

**STIPULATION BETWEEN THE DEBTORS AND HILL-ROM COMPANY, INC. REGARDING SETTLEMENT AND ALLOWANCE OF CLAIM**

on the interested parties in this action by placing true and correct copies of the pleading with the United States Postal Service, enclosed in sealed envelopes, with postage fully paid, addressed as indicated on the attached list.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on March 26, 2004 at Los Angeles, California.

_____
Scott Sandoe, Declarant

Debtors
Fountain View, Inc.
Attn: Roland Rapp
27442 Portola Parkway, Suite 200
Foothill Ranch, CA 92610

U.S. Trustee
Office of the United States Trustee
Attn: Joseph Caceres, Esq.
Ernst & Young Plaza
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

Counsel/Creditors Committee--via FED EX
Carole Neville, Esq.
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY 10020-1089

Counsel to Creditors' Committee
Michael Lubic/Christopher Prince
Sonnenschein Nath & Rosenthal
601 S. Figueroa St, Suite 1500
Los Angeles, CA 90017-5704

Counsel to Bondholders--via FED EX
Akin Gump Strauss Hauer & Feld LLP
Attn M. Stamer/J. Savin
590 Madison Avenue
New York, NY 10022

Counsel to Bondholders
Akin, Gump, Strauss, Hauer & Feld, LLP
Attn: Robert M. Aronson, Esq.
2029 Century Park East #2600
Los Angeles, CA 90067

Secured Lender
Bank of Montreal
Mark F. Spencer, Managing Dir.
601 South Figueroa Street, Suite 4900
Los Angeles, CA 90017

Counsel for the Secured Lenders
Chapman and Cutler
James E. Spiotto/Ann Acker
111 West Monroe Street
Chicago, IL 60603

Counsel for Bank Midwest, N.A.
Bryan Cave LLP
Sheldon Eisenberg, Esq.
120 Broadway, Suite 300
Santa Monica, CA 90401

Atty/Bank of Montreal
Pillsbury Winthrop LLP
Attn: Kenneth Russak, Esq.
725 S. Figueroa St, #2800
Los Angeles, CA 90017-5406

Indenture Trustee/20 Largest
State St Bank & Trust Co of CA N.A.
Attn. Corporate Trust Dept
633 W. Fifth St, 12th Fl
Los Angeles, CA 90071

Counsel for Indenture Trustee
Brown, Rudnick, Freed & Gesmer
Attn. Kevin Mallery, Esq.
City Place I, 185 Asylum St
Hartford, Ct. 06103

Attys to Heritage Partners LP
Choate, Hall & Stewart
Stephen Cohen/Charles Glerum
Exchange Place
53 State Street
Boston, MA 02109-2891

Counsel for Margaret Muccianti, et al.
Stephen M. Garcia, Esq.
Wilkes & McHugh
222 W. Sixth St, #780
San Pedro, CA 90731

Internal Revenue Service
Special Procedures Function
Collection Division
Rm 4062 Federal Bldg. (Stop 5022)
300 N. Los Angeles St
Los Angeles, CA 90012

UCC Party
Union Bank of CA, N.A.
As Admin & Syndication Agent
445 S.Figueroa St, 16th Fl
Los Angeles, CA 90017

UCC Party
Union Bank of California, N.A.
18300 Von Karman Ave, #200
Irvine, CA 92612

UCC Party
Bank of Montreal, As Agent
115 South LaSalle St
Chicago, IL 60603

UCC Party
Robert & Sheila Snukal
8489 W. 3rd Street #101
Los Angeles, CA 90048

UCC Party
Robert & Sheila Snukal
Locomotion Therapy, Inc.
10284 Century Woods Dr
Los Angeles, CA 90067

UCC Party
Consolacion Padama
8489 W. 3rd Street, #1001
Los Angeles, CA 90048

UCC Party
Manuel Padama
8489 W. 3rd Street #1001
Los Angeles, CA 90048

UCC Party
HLFC Group
35 S. Raymond Ave., Ste. 206
Pasadena, CA 91105

UCC Party
Cal Fed Credit
25 E. Anapamu St., 3rd Flr.
Santa Barbara, CA 93101-2704

UCC Party
Calif Thrift & Loan
P. O. Box 1199
Santa Barbara, CA 93102-1199

UCC Party
Garnet & Co.
P.O. Box 92165
Pasadena, CA 91109-2165

UCC Party
Garnett & Co.
35 S. Raymond Ave., #206
Pasadena, CA 91105-1931

UCC Party
Western Bank
1251 Westwood Blvd.
Los Angeles, CA 90024-4811

UCC Party
Bank of the West
1450 Treat Blvd.
Walnut Creek, CA 94596

UCC Party
Shackelford Incorporated
10900 Northwest Fwy., Ste. 103
Houston, TX 77092

UCC Party
Safeco Credit Co. Inc.
dba Safeline Leasing
4854 154th Place NE
Redmond, WA 98052-9664

UCC Party
Norwest Financial Leasing, Inc.
1700 Iowa Ave., Ste. 240
Riverside, CA 92507

UCC Party
First Nat'l Bank of Chicago/Agent
1 First National Plaza, 8th Flr., #0091
Chicago, IL 60670

UCC Party
Harris Trust & Savings Bank, Coll Agent
Attn: Indenture Trust Admin
311 W. Monroe St, 12th Fl
Chicago, IL 60606

UCC Party
Minolta Business Systems Inc.
POB 728
Park Ridge, NJ 07656

UCC Party
Fleet Leasing Corp
P.O. Box 7023
Troy, MI 48007

UCC Party
FUL Incorporated
100 Corporate North
Bannockburn, IL 60015

UCC Party
Standard Restaurant Equip
2922 East McDowell Road
Phoenix, AZ 85008

UCC Party
Ikon Office Solutions
2090 Woodward
Austin, TX 78744

UCC Party
Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0001

UCC Party
Employment Develop Dept
P.O. Box 826880
Sacramento, CA 94280-0001

UCC Party
Mellon First United Leasing
100 Corporate North
Bannockburn, IL 60015

UCC Party
IRS – Los Angeles
300 N. Los Angeles St., Rm 1216
Los Angeles, CA 90012

UCC Party
Master Lease Corp.
One Presidential Blvd.
Bala Cynwyd, PA 19004-1017

UCC Party
Chemical Trust Co. of CA
Attn Corporate Trust Depart
300 South Grand Ave., 4th Floor
Los Angeles, CA 90071

UCC Party
Hans Henry Helley, Jr., As Trustee
300 S, Grand Ave., 4th Fl
Los Angeles, CA 90071

UCC Party
Delight Gunnarsson
Locomotion Therapy, Inc.
10284 Century Woods Drive
Los Angeles, CA 90067

UCC Party
Gundi Gunnarsson
Locomotion Therapy, Inc.
10284 Century Woods Drive
Los Angeles, CA 90067

UCC Party
AmerisourceBergen Drup Corp.
Financial Services Dept.
POB 5910
Orange, CA 93813-5910

UCC Party
Wallace Moir Co.
130 El Camino
Beverly Hills, CA 90212-2705

UCC Party
The Great West Life Assurance Co.
60 Osborne St. North
Winnipeg, Manitoba
Canada R3C 1V3

Member of Unsecured Creditors' Committee
Twin Med, Inc.
Steve Rechnitz, President/CEO
4646 Hampton Street
Vernon, CA 90058

Member of Unsecured Creditors' Committee
Pharmacy Support Services
Attn Andrew F. Torok, Esq.
27071 Aliso Creek Road, Suite 100
Aliso Viejo, CA 92656

Member of Unsecured Creditors' Committee
U.S. Food Service
Attn Mark H. Speiser
9755 Patuxent Woods Drive
Columbia, MD 21046

Member Unsec Creditors' Committee
Service Employees Int'l Union, AFL-CIO
Andrew L. Stern, Int'l. President
1313 L Street, N.W.
Washington, D.C. 20005

Member Unsec Creditors Committee
SEIU Local 399, AFL-CIO
Atn Jorge Rodriguez, Ex Sec
1247 W. 7th St
Los Angeles, CA 90017

20 Largest
Intercare Insurance Services
Attn Mike Silcox
3010 Lava Ridge Court #200
Roseville, CA 95661

20 Largest
Intelistaf Healthcare
18W140 Butterfield Road
Oak Brook, IL 60181-4835

20 Largest
Aseterth Medical Services
Attn Teresa Taylor
1224 E. Green St 2nd Fl
Pasadena, CA 91106

20 Largest
Symphony Mobilex
Attn Mary Johnson
920 Ridgebrook Rd
Sparks, MD 21152

20 Largest
Jackson Walker LLP
100 Congress Ave, Ste 1100
Austin, TX 78701-9722

20 Largest
US Foodservice, Inc.
Attn Linda Fitzgerald
80 International Dr., Ste. 200
Greenville, SC 29615

20 Largest
Sysco Food Services
Attn: Jim Peightal
20701 E. Currier Road
Walnut, CA 91789

20 Largest
Starmed Staffing Group
Attn: Brandi Hubert
7737 Forsyth Blvd #1700
Clayton, MO 63105

20 Largest
Healthcare Design & Supply
6217 Rimbank Ave
Pico Rivera, CA 90660

Request for Special Notice
Attys/Jackson Walker LLP
Jackson Walker LLP
Attn: C. Wade Cooper
100 Congress Ave, #1100
Austin, TX 78701

Request for Special Notice
Attys/Floor Covering Design
Attn: Steven L. Bergh
Prenovost Normandin Bergh & Dawe
2122 N. Broadway, #200
Santa Ana, CA 92706-2614

Request for Special Notice
Attys/Brenda Low/Harlan Estate
Floyd, Isgur, Rios & Wahrlich
Marvin Isgur/Patrick Griffin
700 Louisiana, Suite 4600
Houston, TX 77002-2732

Request for Special Notice
Attys/Twin Med
Alan J. Stomel, Esq.
369 S. Doheny Dr #374
Beverly Hills, CA 90211

Atty/New Braunfels ISD/Bexar Cty
Linebarger Goggan Blair
Pena & Sampson LLP
711 Navarro #300
San Antonio, TX 78205

20 Largest
Vencare Ancillary Services
680 S 4th Ave 5th Fl
Louisville, KY 40202

Member of Unsecured Creditors' Committee
Mediq
Attn Alan Einhorn, Esq.
1 Mediq Plaza
Pennsauken, NJ 08110

20 Largest/Member of Unsecured Creditors' Committee
Ancillary Provider Service
Attn: Cora
5416 Jillson Street
Commerce, CA 90040

20 Largest
Diagnostic Laboratories
Attn: Don Goldberg
1111 S. Central Ave
Glendale, CA 91204

Global Crossing
PO Box 741276
Cincinnati, OH 45274-1276

Request For Special Notice
Amelia Tovar
Wise Senior Serv Ombudsman
255 S. Hill St, Rm 406
Los Angeles, CA 90012

Request for Special Notice
Atty/Ancillary Provider Services
Law Office of Baruch C. Cohen
4929 Wilshire Blvd, #940
Los Angeles, CA 90010

Request for Special Notice
Radcliff Frandsen Dongell & Lawrence
Jules G. Radcliff, Jr.
707 Wilshire Blvd, 45th Fl
Los Angeles, CA 90017

Req Spec Not/Atty-Arkansas /Round Rock ISD/
McMallenCity/Lavaca Cty/Live Oak/New Braunfels
Lori Robertson/David G. Aelvoet,
Linebarger Goggan Blair Pena & Sampson
1949 South IH 35
Austin, TX 78741

Request for Special Notice
Mark Schreiber, Esq.
16501 Ventura Blvd, #401
Encino, CA 91436-2068

20 Largest
Foley & Lardner
Jonathon E. Cohn, Esq.
2029 Century Pk East, 35th Fl
Los Angeles, Ca 90067-3000

20 Largest/Member of Unsecured Creditors' Committee
Culver Dairy, Inc., dba Dairy King
Attn Allan Dalfen, President/CEO
815 Thompson Avenue
Glendale, CA 91201

20 Largest
Floor Covering Design Specialists
13006 E Philadelphia, # 509
Whittier, CA 90601

20 Largest
Nestle USA
Attn William T. Ferioli, Esq.
800 N. Brand Blvd
Glendale, CA 91203

Request for Special Notice
Atty to State St Bank & Trust
Buchalter, Nemer, Fields & Younger
Attn: R. Soref/ B. Seigel
601 S. Figueroa St, #2400
Los Angeles, CA 90017-5704

Request for Special Notice/Member of
Unsecured Creditors' Committee
Waltz Medical Specialties, Inc.
Attn: Phyllis Waltz
4520 E. Eisenhower Circle
Anaheim, CA 92807

Request for Special Notice
Attys/AmerisourceBergen Drip Corp.
Henrichs Law Firm
Attn: Alan W. Forsley, Esq.
835 Wilshire Blvd #300
Los Angeles, CA 90017

Request for Special Notice
Attys/Tranquilino & Raynaldo Mendoza
and Brenda Low/Harlan Estate
David Marks/The Marks Firm
10000 Memorial Dr, #760
Houston, TX 77024

Atty to Jefferson County
Linebarger Goggan Blair Pena & Sampson
Attn Clayton Mayfield, Esq.
1148 Park Street
Beaumont, TX 77701-3614

Request for Special Notice
Atty/State St Bank
Steven B. Levin, Esq.
Brown Rudnick Freed & Gesmer
One Financial Center
Boston, MA 02111

Request for Special Notice
State St Bank Trust Co/Global Inv Serv
Corp Trust
Robert C. Butzier
2 Ave de Lafayette, 6th Fl
Boston, MA 02102-0778

Request for Special Notice
Jonathan Mitchell, President
2828 Roanoke Lane
Tyler, TX 75701

Request for Special Notice
Holly E. Kendig, Esq.
O'Melveny & Myers LLP
400 South Hope St
Los Angeles, CA 90071-2899

Req Spec Not/Atty County of Comal
Michael Reed, Esq.
McCreary Veselka Bragg & Allen PC
Post Office Box 26990
Austin, TX 78755

Req for Spec Not/IOS Capital,Inc.
Rosa Dominy, Bankruptcy Admin
IOS Capital, Inc.
1738 Bass Road
Post Office Box 13708
Macon, GA 31208-3708

Req for Spec Not
Atty/Meridian/Lloyd's/Great Lakes
Musick Peeler & Garrett LLP
Attn: Richard S. Conn
624 S. Grand Ave #2000
Los Angeles, CA 90017

Req for Spec Notice
Co- Def Atty to Nandlal Patel MD
Wright & Kidwell PC
Attn: Matt Catalano
505 N. Big Spring #300
Midland, TX 79701

Req Spec Not/Atty for McIlroy Estate
Gray.Hart LLP
Attn: Jay K. Gray
2419 Highway 121
Bedford, TX 76021

Req Spec Not/Atty HPH Associates
Hardy & Atherton, P.C.
Attn Jerry L. Atherton
909 ESE Loop 323, Suite 750
Tyler, TX 75701

Req Spec Not
AT&T Corp
Attn: Judith Archer, Esq.
900 US Highway 202/206
Bedminster, NJ 07921-2691

Request for Special Notice
Attys/Robert & Sheila Snukal
Milbank Tweed Hadley & McCloy LLP
Attn G.Bray/F. Neufeld
601 S. Figueroa St, 30th Fl
Los Angeles, CA 90017

Req Spec Not/US Dept of Health &
Human Svcs. Ctrs Medicare/Medicaid Svcs.
Assistant U.S. Attorney
J.Gordon/L.Weidman/C.Bauer
300 N. Los Angeles St #7516
Los Angeles, CA 90012-9834

Request for Special Notice
Atty/Fayette County Appraisal Dist
John T. Banks, Esq.
Perdue, Brandon, Fielder, Collins & Mott
6300 La Calma, Suite 450
Austin, TX 78752

Req Spec Not Atty/Eleanor Fleming
Houck & Balisok
Attn: Russell S. Balisok, Esq.
PO Drawer 8170
Universal City, CA 91618-8170

Req for Spec Not/Atty for
Superior Nat'l Ins Co In Liquidation
Carole Runcie Sherman, Esq.
26541 Agoura Road
Calabasas, CA 91302

Req for Spec Notice
Dennis Simon
Crossroads LLC
9 Executive Circle, Suite 190
Irvine, CA 92614

Req for Spec Not/John Przybyla
Provost Umphrey Law Firm
Attn: J. Fisher/M.Sparks
490 Park Street
Beaumont, TX 77704

Req Spec Not/Atty for Covenant Care
Pharmacy Support Services
c/o Andrew Torok, Gen Counsel
27071 Aliso Creek Rd #100
Aliso Viejo, CA 92656

Req Spec Not/Atty Osburn Estate
Noteboom & Parker
Attn: Dina K. Madison
669 Airport Freeway, #100
Hurst, TX 76053

Req Spec Not
Sun Healthcare Group, Inc.
Alicy Nystel Page, Esq.
101 Sun Ave NE
Albuquerque, NM 87109

Request for Special Notice
Attys/Sysco Foodservice/Citicorp Vendo
Financer
Hemar Rousso & Heald LLP
Attn: Kenneth G. Lau
15910 Ventura Blvd, 12th Fl
Encino, CA 91436-2829

Req Spec Not/US Dept of Health &
Human Svcs. Ctrs Medicare/Medicaid
Suzanne K. Yurk
Ass't Regional Counsel
Health Care Financing Admin
50 United Nations Plaza #420
San Francisco, CA 94102

Request for Special Notice
Todd Andrews
3924 Park Place No. 20
Montrose, CA 91020

Req Spec Not
Bill Angelowitz
Daily Insights
225 West 34th St #403
New York, NY 10122

Req for Special Notice
L.Degroat/C.Geller/Heirs DeGroat Estate
The Williams Firm
Attn: Stephen N. Williams
2467 Calder Ave
Beaumont, TX 77702

Req for Spec Notice
Atty/Asereth Medical Services Inc.
Paul B. Nesbitt, Esq.
Nesbitt & Associates
9601 Wilshire Blvd, #828
Los Angeles, CA 90210

Req Spec Not/Atty for Mildred Gaines
Bain, Files, Jarrett & Bain
109 West Ferguson
PO Box 2013
Tyler, TX 75710

Req Spec Not/Atty M. Muccianti
Rein Evans & Sestanovich LLP
Attn: Byron Z. Moldo/Patrick Fraioli
1925 Century Park East, 16th Fl
Los Angeles, CA 90067

Req Spec Not/Atty to Comal and
Taylor Counties/Abilene
Attn Michael Reed, Esq.
McCreary Veselka Bragg & Allen
PO Box 26990
Austin, TX 78755-0990

Spec Not Req/Atty for Quinn
Gerald Treece
South Texas College of Law
1303 San Jacinto
Houston, TX 77002

Spec Not Req/Atty for the Bradys
Nunley Davis Jolley & Hill LLP
Attn: William A. Brant, Esq.
1580 S. Main St, Suite 200
Boerne, TX 78006

Spec Not Req/Atty Gates McDonald Gibbons
#120515 Gates McDonald fka Gibbons Co
Seals & Tenenbaum, APC
Attn: Jay M. Tenenbaum, Esq.
2323 W. Lincoln Ave, #127
Anaheim, CA 92801

Spec Not Req
Southern Desert Clinic Pharmacy
27071 Aliso Creek Road
Aliso Viejo, CA 92656

Spec Not Req/Atty to Andrews-Beseda
Law Offices of Dean W. Greer
2929 Mossrock, Suite 105
San Antonio, TX 78230

Spec Not Req/Atty TX Human Resources
Flora A. Fearon, Asst Atty Gen of TX
Bankruptcy & Collections Div
P.O. Box 12548
Austin, TX 78711-2548

Spec Not Req/Atty to Amer Express
SVCS Co Inc Corp Card
c/o Becket & Lee LLP
PO Box 3001 Dept. AC
Malvern, PA 19355-0701

Spec Not Req/TX Comptroller
John Mark Stern
Ass't Atty General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Spec Not Request
Leonard & Catherine May
7433 FM 70
Bishop, TX 78343

Atty to AIES Ins Co
Brad Reager, Claims Analyst
A.I.G.T.S
Healthcare Claims Department
2 Rincon Center
121 Spear Street, 6th Floor
San Francisco, CA 94105

Attorneys for Ken Kerr
Robert Brumfield, Esq.
Price & Brumfield
841 Mohawk Street, Suite 200
Bakersfield, CA 93309

Spec Not Req/Atty for Anna Louis Daniels
Clarkson, Gore & Marsella
Attn: Scott C. Clarkson, Esq.
3424 Carson Street, Suite 350
Torrance, CA 90503

Spec Not Req/Atty for Summit Care TX
Leonard A. Goldman, Esq.
Law Office of Leonard A. Goldman
1900 Ave of the Stars, #1800
Los Angeles, CA 90067

Spec Not Req/Atty to GE Cap
Glass & Goldberg
Attn Marshall F. Goldberg
21700 Oxnard St, #430
Woodland Hills, CA 91367-3665

Spec Not Req/Atty Lloyds, London et al
J. Sheldon Capeloto
McKinley & Capeloto
225 South Lake Avenue, Suite 300
Pasadena, California 91101

Spec Not Req/Atty to Susan Fleishman
Law Office of Marc Lieberman
Attn Marc Lieberman/Karie Kaiser
1875 Century Park East, #2200
Los Angeles, CA 90067-2523

Spec Not Req/Atty to G. Scurlock
Attn J. Wayne Little
Riley Dornburg Little & Wham
220 W. Davis
Conroe, TX 77301

Spec Not Req/Atty to E. Zolla
Good Wildman Hegness & Walley
Attn John A. Stillman, Esq.
5000 Campus Drive
Newport Beach, CA 92660

Spec Not RequestAtty to Baylor Health
Haynes & Boone LLP
900 Main St, Suite 3100
Dallas, TX 75202

Spec Not Request
Atty to Calwest Industrial Properties
Glen Dresser, Esq.
12650 Riverside Dr #100
North Hollywood, CA 91607

Kaye Scholer LLP
Ronald L. Leibow
1999 Avenue of the Stars, Ste. 1600
Los Angeles, CA 90067

Spec Not Req/Atty to Shepard Estate
Perkins Coie LLP
Attn: Steven G.F. Polard
1620 26th St, 6th Fl
Santa Monica, CA 90404

Spec Not Req/Atty to So Desert Clinic Pharm e tal
Irell & Manella
Jeffrey Reisner/Ravi Flanagan
840 Newport Center Dr, #400
Newport Beach, CA 92660-6324

Spec Not Req/O'Burton Estate
Law Office Jeffrey H. Rasansky
Attn Davette J. Speer, Paralegal
3811 Turtle Creek Blvd #1640
Dallas, TX 75219

Spec Not Req/Atty Lloyds, et al
Kristi Weiler Dean, Esq.
Law Office Kristi Weiler Dean
16501 Ventura Boulevard Suite 301
Encino, CA 91436-2067

Spec Not Req/Atty to Riverside Cty
Paul McDonnell – Treasurer/Tax Collector
Attn Maria O'Neil
County of Riverside
P.O. Box 12005
Riverside, CA 92502-2205

Spec Not Req/Regan Capital I, Inc.
Regal Capital I, Inc.
Attn Elliot H. Herskowitz
PO Box 626 Planetarium Station
New York, NY 10024-0540

Spec Not Req/Atty to May
Mike Ridulfo, Esq.
Sorrell Anderson Lehrman Maixner Ridulfo
711 N. Carancahua, #1200
Corpus Christi, TX 78475

Spec Not Request
Tyler & Wilson
Attn Francesca Brotman-Orner
6500 Wilshire Blvd #125
Los Angeles, CA 90048

Attorney for Medicom, Inc.
Vincent M. Lentini, Esq.
600 Old County Road, Suite 202
Garden City, NY 11530

Madison Liquidity Investors
4210 Shawnee Mission Parkway, Suite 310A
Fairway, KS 66205
Attn: Antonia Roberson

| | | |
|---|---|---|
| Scott Krochek<br>Argo Partners<br>12 W 37th Street, 9th Floor<br>New York, NY 10018 | Spec Not Request<br>Attys. For Cedar-Sinai Med. Ctr.<br>Lance N. Jurich, Esq.<br>Loeb & Loeb LLP<br>10100 Santa Monica Boulevard, Suite 2200<br>Los Angeles, CA 90067-4164 | Spec Not Request<br>Neil H. Herskowitz<br>ReGen Capital I, Inc.<br>PO Box 626, Planetarium Station<br>New York, NY 10024-0540 |
| Special Not Request<br>Michael G. Sawicki<br>Brown, Sawicki & Mitchell LLP<br>2626 Cole Avenue, Suite 850<br>Dallas, TX 75204 | | |

| In re:<br>**FOUNTAIN VIEW, INC. et al.,**<br>Debtor. | **CASE NO.: LA 01-39678 BB**<br>CHAPTER 11 |
|---|---|

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO:

Mr. Roland Rapp, Fountain View, Inc. et al.,
27442 Portola Parkway, Suite 200, Foothill Ranch, CA 92610

Laura L. Buchanan, Esq., Klee, Tuchin, Bogdanoff & Stern LLP,
2121 Avenue of the Stars, 33rd Floor, Los Angeles, CA 90067-5061

Joseph Caceres, Esq., Office of the U.S. Trustee
Ernst & Young Plaza, 725 S. Figueroa Street, 26th Fl, Los Angeles, CA 90017

Counsel for the Bondholders/Robert Aronson, Esq., Akin, Gump, Strauss, Hauer & Feld, LLP
2029 Century Park East, Suite 2600, Los Angeles, CA 90067

Counsel for the Bondholders/James R. Savin, Esq. and Michael S. Stamer, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP, 590 Madison Ave, 20th Fl., New York, NY 10022

Counsel/Unsecured Creditors Committee/Carole Neville, Esq., Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas, New York, NY 10020-1089

Counsel for the Secured Lenders/James E. Spiotto, Esq., Chapman and Cutler
111 West Monroe Street, Chicago, IL 60603

Counsel for Sharon Hill, Individually and as Personal Representative of the Estate of Inez Hawkins/
Hartley Hampton, Esq., Fibich Hampton Leebron & Garth, LLP
5 Houston Center, 1401 McKinney, Suite 1800, Houston, TX 77010

1.  You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(a)(v), that a judgment or order entitled (specify) **STIPULATION BETWEEN THE DEBTORS AND HILL-ROM COMPANY, INC. REGARDING SETTLEMENT AND ALLOWANCE OF CLAIM** was entered on (specify date): APR 1 2004

2.  I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date): APR 1 2004

Dated: APR 1 2004

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _Sandra Queen_
Deputy Clerk

---

*Rev. 6/95* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.