MICHAEL L. TUCHIN (State Bar No. 150375),
DANIEL J. BUSSEL (State Bar No.121939), and
LAURA L. BUCHANAN (State Bar No. 156261)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA  90067
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090

Reorganization Counsel for Skilled Healthcare
Group, Inc., f/k/a Fountain View, Inc.

Skilled Healthcare Group, Inc.'s Mailing Address
27442 Portola Parkway, Suite 200
Foothill Ranch, CA 92610

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**FOUNTAIN VIEW, INC.**, a Delaware corporation, et al.,<br><br>Debtors and Debtors in Possession. | Case No.:    LA 01-39678 BB through<br>LA 01-39697 BB; and<br>LA 01-45516 BB;<br>LA 01-45520 BB; and<br>LA 01-45525 BB<br><br>**(Jointly Administered under Case No. LA 01-39678 BB)**<br><br>**Chapter 11**<br><br>**TENTH STATUS REPORT PURSUANT TO ORDER CONFIRMING DEBTORS' THIRD AMENDED JOINT PLAN OF REORGANIZATION DATED APRIL 22, 2003**<br><br>**Status Conference Set For**<br><br>DATE:    March 12, 2008<br>TIME:    10:00 a.m.<br>PLACE:    Courtroom 1475<br>Roybal Federal Building<br>255 E. Temple Street<br>Los Angeles, CA  90012 |

102858_2

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES ENTITLED TO NOTICE:**

On March 12, 2008, at 10:00 a.m., or as soon thereafter as the matter may be heard, a status conference will be held before the Honorable Sheri Bluebond pursuant to the Court's *Order Confirming Debtors' Third Amended Joint Plan of Reorganization Dated April 22, 2003 and Authorizing Substantive Consolidation* (the "Confirmation Order"),[1] which this Court entered on its official docket on July 10, 2003. Skilled Healthcare Group, Inc. ("SHG," or together with its direct and indirect subsidiaries, the "Company"), hereby submits this post-confirmation status report pursuant to the Confirmation Order. This status report focuses on recent salient developments since the *Ninth Status Report Pursuant to the Order Confirming Debtors' Third Amended Joint Plan of Reorganization Dated April 22, 2003 and Authorizing Substantive Consolidation* [Docket No. 2632], which was filed with the Court on August 29, 2007.

The Effective Date under the Plan occurred on August 19, 2003, at which time (i) the Debtors were substantively consolidated and concurrently underwent a comprehensive corporate restructuring, (ii) $150 million in new exit financing transactions were consummated, and (iii) SHG commenced distributions to creditors under the terms of the Plan. The Plan provided for the distribution of cash, equity interests, and debt obligations of the Debtors to certain holders of claims and interests in satisfaction of their claims and interests, which distributions were all made following the Effective Date in accordance with the terms of the Plan.

As noted in the *Third Status Report Pursuant to the Order Confirming Debtors' Third Amended Joint Plan of Reorganization Dated April 22, 2003 and Authorizing Substantive Consolidation* [Docket No. 2383], on July 22, 2004, the Company refinanced substantially all of the secured obligations created under the Plan. Since that refinancing,

---

[1] All terms not defined herein have the meaning ascribed to them in the *Debtors' Third Amended Joint Plan of Reorganization Dated April 22, 2003* (the "Plan").

102858_2    2

holders of unliquidated general unsecured claims, upon final liquidation and allowance of their claims are entitled to cash in the allowed amount of their claim and no longer must elect between the various payment options once provided by the Plan, nor are they entitled to receive deferred obligations or other securities in satisfaction thereof. Holders of unliquidated insured or subordinated claims will continue to receive distributions in accordance with the terms of the Plan.

On December 27, 2005, Onex Corporation acquired 96% of the Company's equity interests in a series of related transactions. Members of the Company's senior management participated as minority equity investors and continued to serve as the Company's senior management. In the Spring of 2007, SHG and Onex Corporation determined to offer a portion of SHG's common stock to the public in an initial public offering (the "IPO"). SHG's common stock is now publicly traded on the New York Stock Exchange, and SHG is subject to Securities and Exchange Commission ("SEC") filing requirements. SHG's SEC filings (including current financial information) are posted on the Company's website at *www.skilledhealthcaregroup.com*. The Company currently operates 87 facilities in California, Texas, Kansas, Missouri, Nevada and New Mexico, consisting of 74 skilled nursing facilities with 9,183 licensed beds and 13 assisted living facilities with 955 licensed beds. The Company owns 60 of these long-term care facilities, two of which are currently subject to capital leases with purchase options, and leases 27 others. The Company believes it is in material compliance with all its obligations under the Plan with respect to the payment or other required satisfaction of all Allowed Claims and Allowed Interests and with the requirements of its various loan agreements.

Currently, five disputed and unliquidated professional liability claims remain on the claims register or the court docket. Of these five filed claims, the claims by Everage and Wright have been resolved and the Company believes the related proofs of claim will be withdrawn; one claim is subject to the alternative dispute resolution procedures (the "ADR Procedures") that the Court continued in modified form as an injunction under the terms of the Plan and the Confirmation Order; and two claims are currently pending in state court

102858_2

3

including the claim of Rosamarie Paradez as the Administrator and Heir at Law of the Estate of Tranquilino Mendoza (the "Mendoza Estate").  The Mendoza Estate obtained a Texas state court judgment based on acts "attributable" to "Summit Care Corporation" and to "Summit Care Texas, L.P." assessing actual and exemplary damages against "Summit Care Corporation" and "Summit Care Texas, L.P" in excess of the statutory damage caps applicable under Texas law.  The Company appealed that judgment, and the Texas Court of Appeals concluded based on the Company's predecessors' substantive consolidation under the Plan and the Confirmation Order that the Mendoza Estate, consistent with the result of certain post-confirmation adversary proceedings in the Bankruptcy Court, was entitled to recover damages based upon a single inflation-adjusted cap pursuant to Texas law.  The Mendoza Estate filed a motion for rehearing that is currently pending in the Court of Appeals for the 4th District in San Antonio, Texas.  Assuming the judgment of the Texas Court of Appeals becomes final and unappealable, the Company does not anticipate further litigation in the Bankruptcy Court with respect to the Mendoza Estate matter, other than withdrawal or modification of the Mendoza Estate's filed proofs of claim to conform to the result of the Texas proceedings.

The Company is aware of eleven additional claimants who assert professional liability claims arising prior to the Confirmation Date, but have not filed any proof of claim or request for payment of administrative expense.  All of these eleven claims are subject to the ADR Procedures.

In light of the progress made in liquidating and allowing claims through the ADR Procedures, the Court has by order entered October 16, 2007 [Docket No. 2639] extended the last date for lodging timely objections in this Court to timely filed professional liability claims to May 7, 2008.  Seven of the sixteen remaining professional liability claimants (including the Wright claimant discussed above) collectively filed the *Tort Claimants' Motion for Order Modifying Plan Injunction and Request for Costs* (the "Tort Claimants' Motion") on July 6, 2007 seeking authority to liquidate their claims in Texas state court.  Skilled Healthcare opposed the Tort Claimants' Motion.  Subsequently, pursuant

1  to a series of stipulations filed with the Court, the parties mediated these claims pursuant to
2  the ADR Procedures, and the Court continued the filing deadlines and hearing dates on the
3  Tort Claimants' Motion and a related Motion to Compel Arbitration that was to be filed by
4  SHG in accordance with the Court's orders.  Based on the parties' preliminary settlement of
5  all seven of these claims and pursuant to the Court's *Order Approving Stipulation With Tort*
6  *Claimants Continuing The Hearings On The Tort Claimants' Motion As To All Claims*
7  *Subject To That Motion And The Motion To Compel Arbitration Of The Moss Claim*, entered
8  on February 12, 2008, the hearings on the Tort Claimants' Motion as it applies to all of the
9  Tort Claimants and the Motion to Compel Arbitration were continued to April 9, 2008 at
10 10:00 a.m.  The parties are presently finalizing the documentation of the respective
11 settlements of these seven claims.

12       The Company continues to project that its remaining liability for professional
13 negligence is either insured, or to the extent not insured, otherwise adequately reserved for in
14 its financial statements.

15       Other than with respect to the professional liability claims discussed above,
16 pursuant to the terms of the Plan and the Confirmation Order and in an effort to decrease the
17 number and expense of formal claim objections, the Company spent a great deal of effort
18 reviewing and evaluating and attempting to resolve numerous proofs of claim and requests
19 for allowance of administrative expense that have been filed with the Bankruptcy Court or
20 the claims agent.  In accordance with the Plan and the Confirmation Order, all these claims
21 have been successfully liquidated and resolved through those efforts, and the Company
22 believes the related proofs of claim have been (or in the case of one remaining worker's
23 compensation claim will be) withdrawn or have otherwise been disallowed by the Court.

24       While reserving all its rights under the Plan and applicable law, the Company
25 has not brought and does not anticipate bringing any avoiding power litigation.  Any
26 ///
27 ///
28

1  remaining post-confirmation litigation is expected to relate to the small number of remaining
2  professional liability claims described above.
3
4  DATED: February 27, 2008

                                              _____
                                              LAURA L. BUCHANAN, ESQ.
                                              KLEE, TUCHIN, BOGDANOFF & STERN LLP
                                              Reorganization Counsel to Skilled Healthcare
                                              Group, Inc.

# PROOF OF SERVICE

I declare that I am over eighteen years of age and that I am not a party to this action. My business address is 1999 Avenue of the Stars, Thirty-Ninth Floor, Los Angeles, California 90067-6049.

On February 27, 2008, I served a true and correct copy of the following document(s) on the parties indicated on the attached list by using the method indicated below:

**TENTH STATUS REPORT PURSUANT TO ORDER CONFIRMING DEBTORS' THIRD AMENDED JOINT PLAN OF REORGANIZATION DATED APRIL 22, 2003**

☒ **By First-Class Mail**: I am readily familiar with the business practice of collection and processing of correspondence for mailing with the United States Postal Service. I know that the document(s) listed above was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the above-referenced document(s) were placed into the envelopes, the envelopes were sealed and addressed as set forth on the attached list and, with postage thereon fully prepaid, the envelopes were placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this declaration was executed at Los Angeles, California on February 27, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

_Rosalind A. Williams_
Rosalind A. Williams

103235.1

## SERVICE LIST

| | | |
|---|---|---|
| DEBTORS<br>FOUNTAIN VIEW, INC.<br>ATTN: ROLAND RAPP<br>27442 PORTOLA PARKWAY, SUITE 200<br>FOOTHILL RANCH, CA 92610 | U.S. TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: JOSEPH CACERES, ESQ.<br>ERNST & YOUNG PLAZA<br>725 SOUTH FIGUEROA STREET, 26 FLOOR<br>LOS ANGELES, CA 90017 | COUNSEL/CREDITORS COMMITTEE<br>CAROLE NEVILLE, ESQ.<br>SONNENSCHEIN NATH & ROSENTHAL<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-1089 |
| COUNSEL TO CREDITORS' COMMITTEE<br>MICHAEL LUBIC/CHRISTOPHER PRINCE<br>SONNENSCHEIN NATH & ROSENTHAL<br>601 S. FIGUEROA ST., SUITE 1500<br>LOS ANGELES, CA 90017-5704 | COUNSEL TO BONDHOLDERS<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: M. STAMER/J. SAVIN<br>590 MADISON AVENUE<br>NEW YORK, NY 10022 | COUNSEL TO BONDHOLDERS<br>AKIN, GUMP, STRAUSS, HAUER & FELD, LLP<br>ATTN: ROBERT M. ARONSON, ESQ.<br>2029 CENTURY PARK EAST, #2600<br>LOS ANGELES, CA 90067 |
| SECURED LENDER<br>BANK OF MONTREAL<br>MARK F. SPENCER, MANAGING DIR.<br>115 SOUTH LA SALLE STREET, SUITE 1200<br>CHICAGO, IL 60603 | COUNSEL FOR THE SECURED LENDERS<br>CHAPMAN AND CUTLER<br>JAMES E. SPIOTTO/ANN ACKER<br>111 WEST MONROE STREET<br>CHICAGO, IL 60603 | COUNSEL FOR BANK MIDWEST, N.A.<br>BRYAN CAVE LLP<br>SHELDON EISENBERG, ESQ.<br>120 BROADWAY, SUITE 300<br>SANTA MONICA, CA 90401 |
| ATTY/BANK OF MONTREAL<br>PILLSBURY WINTHROP LLP<br>ATTN: KENNETH RUSSAK, ESQ.<br>725 S. FIGUEROA ST., #2800<br>LOS ANGELES, CA 90017-5406 | INDENTURE TRUSTEE/20 LARGEST<br>STATE ST. BANK & TRUST CO. OF CA N.A.<br>ATTN: CORPORATE TRUST DEPT.<br>633 W. FIFTH ST. 12TH FLOOR<br>LOS ANGELES, CA 90071 | COUNSEL FOR INDENTURE TRUSTEE<br>BROWN, RUDNICK, FREED & GESMER<br>ATTN: KEVIN MALLERY, ESQ.<br>CITY PLACE I, 185 ASYLUM ST.<br>HARTFORD, CT 06102 |
| ATTYS TO HERITAGE PARTNERS LP<br>CHOATE, HALL & STEWART<br>STEPHEN COHEN/CHARLES GLERUM<br>53 STATE STREET<br>BOSTON, MA 02109-2891 | COUNSEL FOR MARGARET MUCCIANTI, ET AL.<br>STEPHEN M. GARCIA, ESQ.<br>WILKES & McHUGH<br>222 W. SIXTH ST., #780<br>SAN PEDRO, CA 90731 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES FUNCTION<br>COLLECTION DIVISION<br>RM 4062 FEDERAL BLDG. (STOP 5022)<br>300 N. LOS ANGELES ST.<br>LOS ANGELES, CA 90012 |
| UCC PARTY<br>UNION BANK OF CA, N.A.<br>AS ADMIN. & SYNDICATION AGENT<br>445 S. FIGUEROA ST., 16TH FLOOR<br>LOS ANGELES, CA 90017 | UCC PARTY<br>UNION BANK OF CALIFORNIA N.A.<br>18300 VON KARMAN AVE., #200<br>IRVINE, CA 92612 | UCC PARTY<br>BANK OF MONTREAL, AS AGENT<br>115 SOUTH LASALLE STREET<br>CHICAGO, IL 60603 |
| UCC PARTY<br>ROBERT & SHEILA SNUKAL<br>8489 W. 3RD STREET, #101<br>LOS ANGELES, CA 90048 | UCC PARTY<br>ROBERT & SHEILA SNUKAL<br>LOCOMOTION THERAPY, INC.<br>10284 CENTURY WOODS DR.<br>LOS ANGELES, CA 90067 | UCC PARTY<br>CONSOLACION PADAMA<br>8489 W. 3RD STREET, #1001<br>LOS ANGELES, CA 90048 |
| 90048UCC PARTY<br>MANUEL PADAMA<br>8489 W. 3RD STREET, #1001<br>LOS ANGELES, CA 90048 | UCC PARTY<br>HLFC GROUP<br>35 S. RAYMOND AVE., SUITE 206<br>PASADENA, CA 91105 | UCC PARTY<br>CAL FED CREDIT<br>25 E. ANAPAMU ST., 3RD FLOOR<br>SANTA BARBARA, CA 93101-2704 |
| UCC PARTY<br>CALIF THIRFT & LOAN<br>P.O. BOX 1199<br>SANTA BARBARA, CA 93102-1199 | UCC PARTY<br>GARNET & CO.<br>P.O. BOX 92165<br>PASADENA, CA 91109-2165 | UCC PARTY<br>GARNETT & CO.<br>35 S. RAYMOND STE., #206<br>PASADENA, CA 91105-1931 |

#71956.1

UCC PARTY
WESTERN BANK
1251 WESTWOOD BLVD.
LOS ANGELES, CA  90024-4811

UCC PARTY
BANK OF THE WEST
1450 TREAT BLVD.
WALNUT CREEK, CA  94596

UCC PARTY
SHACKELFORD INCORPORATED
10900 NORTHWEST FWY., SUITE 103
HOUSTON, TX  77092

UCC PARTY
SAFECO CREDIT CO. INC.
D/B/A SAFELINE LEASING
4854 154TH PLACE NE
REDMOND, WA  98052-9664

UCC PARTY
NORWEST FINANCIAL LEASING, INC.
1700 IOWA AVE., SUITE 240
RIVERSIDE, CA  92507

UCC PARTY
FIRST NATIONAL BANK OF CHICAGO/AGENT
1 FIRST NATIONAL PLAZA, 8TH FLOOR, #0091
CHICAGO, IL  60670

UCC PARTY
HARRIS TRUST & SAVINGS BANK, COLL AGENT
ATTN:  INDENTURE TRUST ADMIN.
311 W. MONROE ST., 12TH FLOOR
CHICAGO, IL  60606

UCC PARTY
MINOLTA BUSINESS SYSTEMS INC.
POB 728
PARK RIDGE, NJ  07656

UCC PARTY
FLEET LEASING CORP
P.O. BOX 7023
TROY, MI  48007

UCC PARTY
FUL INCORPORATED
100 CORPORATE NORTH
BANNOCKBURN, IL  60015

UCC PARTY
STANDARD RESTAURANT EQUIP
2922 EAST McDOWELL ROAD
PHOENIX, AZ  85008

UCC PARTY
IKON OFFICE SOLUTIONS
2090 WOODWARD
AUSTIN, TX  78744

UCC PARTY
BPOARD OF EQUALIZATION
P.O. BOX 942879
SACRAMENTO, CA  94279-0001

UCC PARTY
EMPLOYMENT DEVELOP. DEPT.
P.O. BOX 826880
SACRAMENTO, CA  94280-0001

UCC PARTY
MELLON FIRST UNITED LEASING
100 CORPORATE NORTH
BANNOCKBURN, IL  60015

UCC PARTY
IRS – LOS ANGELES
300 N. LOS ANGELES ST., RM. 1216
LOS ANGELES, CA  90012

UCC PARTY
MASTER LEASE CORP.
ONE PRESIDENTIAL BLVD.
BALA CYNWYD, PA  19004-1017

UCC PARTY
CHEMICAL TRUST CO. OF CA
ATTN:  CORPORATE TRUST DEPT.
300 SOUTH GRAND AVE., 4TH FLOOR
LOS ANGELES, CA  90071

UCC PARTY
HANS HENRY HELLEY, JR., AS trustee
300 S. GRAND AVE., 4TH FLOOR
LOS ANGELES, CA  90071

UCC PARTY
DELIGHT GUNNARSSON
LOCOMOTION THERAPY, INC.
10284 CENTURY WOODS DRIVE
LOS ANGELES, CA  90067

UCC PARTY
GUNDI GUNNARSSON
LOCOMOTION THERAPY, INC.
10284 CENTURY WOODS DRIVE
LOS ANGELES, CA  90067

UCC PARTY
AMERISOURCEBERGEN DRUP CORP.
FINANCIAL SERVICES DEPT.
POB 5910
ORANGE, CA  93813-5910

UCC PARTY
WALLACE MOIR CO.
130 EL CAMINO
BEVERLY HILLS, CA  90212-2705

UCC PARTY
THE GREAT WEST LIFE ASSURANCE CO.
60 OSBORNE ST. NORTH
WINNIPEG, MANITOBA
CANADA  R3C 1V3

MEMBER OF UNSECURED CREDITORS' COMMITTEE
TWIN MED, INC.
STEVE RECHNITZ, PRESIDENT/CEO
4646 HAMPTON STREET
VERNON, CA  90058

MEMBER OF UNSECURED CREDITORS' COMMITTEE
PHARMACY SUPPORT SERVICES
ATTN:  ANDREW F. TOROK, ESQ.
27071 ALISO CREEK ROAD, SUITE 100
ALISO VIEJO, CA  92656

MEMBER OF UNSECURED CREDITORS' COMMITTEE
U.S. FOOD SERVICE
ATTN:  MARK H. SPEISER
9755 PATUXENT WOODS DRIVE
COLUMBIA, MD  21046

#71956.1

MEMBER UNSEC CREDITORS' COMMITTEE
SERVICE EMPLOYEES INT'L UNION, AFL-CIO
ANDREW L. STERN, INT'L PRESIDENT
1313 L STREET N.W.
WASHINGTON, D.C. 20005

MEMBER OF UNSEC CREDITORS COMMITTEE
SEIU LOCAL 399, AFL-CIO
ATTN: JORGE RODRIGUEZ, EX SEC
1247 W. 7TH STREET
LOS ANGELES, CA 90017

20 LARGEST
INTERCARE INSURANCE SERVICES
ATTN: MIKE SILCOX
3010 LAVA RIDGE COURT, #200
ROSEVILLE, CA 95661

20 LARGEST
INTELISTAF HEALTHCARE
18W140 BUTTERFIELD ROAD
OAK BROOK, IL 60181-4835

20 LARGEST
ASETERTH MEDICAL SERVICES
ATTN: TERESA TAYLOR
1224 E. GREEN ST. 2ND FLOOR
PASADENA, CA 91106

20 LARGEST
SYMPHONY MOBILEX
ATTN: MARY JOHNSON
920 RIDGEBROOK RD.
SPARKS, MD 21152

20 LARGEST
JACKSON WALKER LLP
100 CONGRESS AVE., SUITE 1100
AUSTIN, TX 78701-9722

20 LARGEST
VENCARE ANCILLARY SERVICES
680 S. 4TH AVE., 5TH FLOOR
LOUISVILLE, KY 40202

20 LARGEST
FOLEY & LARDNER
JONATHAN E. COHN, ESQ.
2029 CENTURY PARK EAST, 35TH FLOOR
LOS ANGELES, CA 90067-3000

20 LARGEST
U.S. FOODSERVICE, INC.
ATTN: LINDA FITZGERALD
80 INTERNATIONAL DRIVE, SUITE 200
GREENVILLE, SC 29615

MEMBER OF UNSECURED CREDITORS' COMMITTEE
MEDIQ
ATTN: ALAN EINHORN, ESQ.
1 MEDIQ PLAZA
PENNSAUKEN, NJ 08110

20 LARGEST/MEMBER OF UNSECURED CREDITORS' COMMITTEE
CULVER DAIRY, INC., D/B/A DAIRY KING
ATTN: ALLAN DALFEN, PRESIDENT/CEO
815 THOMPSON AVENUE
GLENDALE, CA 91201

20 LARGEST
SYSCO FOOD SERVICES
ATTN: JIM PEIGHTAL
20701 E. CURRIER ROAD
WALNUT, CA 91789

20 LARGEST/MEMBER OF UNSECURED CREDITORS' COMMITTEE
ANCILLARY PROVIDER SERVICE
ATTN: CORA
5416 JILLSON STREET
COMMERCE, CA 90040

20 LARGEST
FLOOR COVERING DESIGN SPECIALISTS
13006 E. PHILADELPHIA, #509
WHITTIER, CA 90601

20 LARGEST
STARMED STAFFING GROUP
ATTN: BRANDI HUBERT
7737 FORSYTH BLVD., #1700
CLAYTON, MO 63105

20 LARGEST
DIAGNOSTIC LABORATORIES
ATTN: DON GOLDBERG
1111 S. CENTRAL AVENUE
GLENDALE, CA 91204

20 LARGEST
NESTLE USA
ATTN: WILLIAM T. FERIOLI, ESQ.
800 N. BRAND BLVD.
GLENDALE, CA 91203

20 LARGEST
HEALTHCARE DESIGN & SUPPLY
6217 RIMBANK AVE.
PICO RIVERA, CA 90660

GLOBAL CROSSING
P.O. BOX 741276
CINCINNATI, OH 45274-1276

REQUEST FOR SPECIAL NOTICE
ATTY TO STATE ST. BANK & TRUST
BUCHALTER, NEMBER, FIELDS & YOUNGER
ATTN: R. SOREF/B. SEIGEL
601 S. FIGUEROA ST., #2400
LOS ANGELES, CA 90017-5704

REQUEST FOR SPECIAL NOTICE
ATTYS/JACKSON WALKER LLP
JACKSON WALKER LLP
ATTN: C. WADE COOPER
100 CONGRESS AVE., #1100
AUSTIN, TX 78701

REQUEST FOR SPECIAL NOTICE
AMELIA TOVAR
WISE SENIOR SERV. OMBUDSMAN
255 S. HILL ST., RM. 406
LOS ANGELES, CA 90012

REQUEST FOR SPECIAL NOTICE/MEMBER OF UNSECURED CREDITORS' COMMITTEE
WALTZ MEDICAL SPECIALTIES, INC.
ATTN: PHYLLIS WALTZ
4520 E. EISENHOWER CIRCLE
ANAHEIM, CA 92807

REQUEST FOR SPECIAL NOTICE
ATTYS/FLOOR COVERING DESIGN
ATTN: STEVEN L. BERGH
PRENOVOST NORMANDIN BERGH & DAWE
2122 N. BROADWAY, #200
SANTA ANA, CA 92706-2614

REQUEST FOR SPECIAL NOTICE
ATTY/ANCILLARY PROVIDER SERVICES
LAW OFFICE OF BARUCH C. COHEN
4929 WILSHIRE BLVD., #940
LOS ANGELES, CA 90010

REQUEST FOR SPECIAL JNOTICE
ATTYS/AMERISOURCEBERGIN DRIP CORP.
HENRICHS LAW FIRM
ATTN: ALAN W. FORSLEY, ESQ.
835 WILSHIRE BLVD., #300
LOS ANGELES, CA 90017

#71956.1

REQUEST FOR SPECIAL NOTICE
ATTYS/BRENDA LOW/HARLAN ESTATE
FLOYD, ISGUR, RIOS & WAHRLICH
MARVIN ISGUR/PATRICK GRIFFIN
700 LOUISIANA, SUITE 4600
HOUSTON, TX  77002-2732

REQUEST FOR SPECIAL NOTICE
RADCLIFF FRANDSEN DONGELL & LAWRENCE
JULES G. RADCLIFF, JR.
707 WILSHIRE BLVD., 45TH FLOOR
LOS ANGELES, CA  90017

REQUEST FOR SPECIAL NOTICE
ATTYS/TRANQUILINO & RAYNALDO
MENDOZA
AND BRENDA LOW/HARLAN ESTATE
DAVID MARKS/THE MARKS FIRM
10000 MEMORIAL DR., #760
HOUSTON, TX  77024

REQUEST FOR SPECIAL NOTICE
ATTYS/TWIN MED
ALAN J. STOMEL, ESQ.
369 S. DOHENY DR. #374
BEVERLY HILLS, CA  90211

ATTY-ARKANSAS/ROUND ROCK ISD/McMALLEN
CITY/LAVACA CITY/LIVE OAK/NEW BRAUNFELS
LORI ROBERTSON/DAVID G. AELVOET,
LINEBARGER GOGGAN BLAIR PENA
1949 SOUTH IH 35
AUSTIN, TX  78741

ATTY TO JEFFERSON COUNTY
LINEBARGER GOGGAN BLAIR PENA & SAMPSON
ATTN:  CLAYTON MAYFIELD, ESQ.
1148 PARK STREET
BEAUMONT, TX  77701-3614

ATTY/NEW BRAUNFELS ISD/BEXAR CITY
LINEBARGER GOGGAN BLAIR
PENA & SAMPSON LLP
711 NAVARRO, #300
SAN ANTONIO, TX  78205

REQUEST FOR SPECIAL NOTICE
MARK SCHREIBER, ESQ.
16501 VENTURE BLVD., #401
ENCINO, CA  91436-2068

REQUEST FOR SPECIAL NOTICE
ATTY/STATE ST. BANK
STEVEN B. LEVIN, ESQ.
BROWN RUDNICK FREED & GESMER
ONE FINANCIAL CENTER
BOSTON, MA  02111

REQUEST FOR SPECIAL NOTICE
STATE ST. BANK TRUST CO./GLOBAL INV.
SERV CORP TRUST
ROBERT C. BUTZIER
2 AVE DE LAFAYETTE, 6TH FLOOR
BOSTON, MA  02102-0778

REQUEST FOR SPECIAL NOTICE
ATTYS/ROBERT & SHEILA SNUKAL
MILBANK TWEED HADLEY & McCLOY LLP
ATTN G. BRAY/F. NEUFELD
601 S. FIGUEROA ST., 30TH FLOOR
LOS ANGELES, CA  90017

REQUEST FOR SPECIAL NOTICE
ATTYS/SYSCO FOODSERVICE/CITICORP VENDO FIN
HEMAR ROUSSO & HEALD LLP
ATTN:  KENNETH G. LAU
15910 VENTURA BLVD., 12TH FLOOR
ENCINO, CA  91436-2829

REQUEST FOR SPECIAL NOTICE
JONATHAN MITCHELL, PRESIDENT
2828 ROANOKE LAND
TYLER, TX  75701

REQ. SPEC NOT/US DEPT. OF HEALTH & HUMAN SVCS
CTRS MEDICARE/MEDICAID SVCS
ASSISTANT U.S. ATTORNEY
J. GORDON/L. WEIDMAN/C. BAUER
300 N. LOS ANGELES ST., #7516
LOS ANGELES, CA  90012-9834

US DEPT. OF HEALTH & HUMAN SVCS CTRS
MEDICARE/MEDICAID
SUZANNE K. YURK, ASST. REGIONAL COUNSEL
HEALTH CARE FINANCING ADMIN.
50 UNITED NATIONS PLAZA, #420
SAN FRANCISCO, CA  94102

REQUEST FOR SPECIAL NOTICE
HOLLY E. KENDIG, ESQ.
O'MELVENY & MYERS LLP
4000 SOUTH HOPE ST.
LOS ANGELES, CA  90071-2899

REQUEST FOR SPECIAL NOTICE
ATTY/FAYETTE COUNTY APPRAISAL DIST.
JOHN T. BANKS, ESQ.
PERDUE, BRANDON, FIELDER, COLLINS & MOTT
6300 LA CALMA, SUITE 450
AUSTIN, TX  78752

REQUEST FOR SPECIAL NOTICE
TODD ANDREWS
3924 PARK PLACE NO. 20
MONTROSE, CA  91020

REQ SPEC. NOT/ATTY COUNTY OF COMAL
MICHAEL REED, ESQ.
McCREARY VESELKA BRAGG & ALLEN PC
POST OFFICE BOX 26990
AUSTIN, TX  78755

REQ. SPEC NOT ATTY/ELEANOR FLEMING
HOUCK & BALISOK
ATTN:  RUSSELL S. BALISOK, ESQ.
PO DRAWER 8170
UNIVERSAL CITY, CA  91618-8170

REQ SPEC NOT
BILL ANGELOWITZ
DAILY INSIGHTS
225 WEST 34TH ST. #403
NEW YORK, NY  10122

REQ FOR SPEC NOT/IOS CAPITAL INC.
ROSA DOMINY, BANKRUPTCY ADMIN
IOS CAPITAL, INC.
1738 BASS ROAD
POST OFFICE BOX 13708
MACON, GA  31208-3708

REQ FOR SPEC NOT/ATTY FOR SUPERIOR
NAT'L INS CO. IN LIQUIDATION
CAROLE RUNCIE SHERMAN, ESQ.
26541 AGOURA ROAD
CALABASAS, CA  91302

REQ FOR SPECIAL NOTICE
L. DEGROAT/C. GELLER/HEIRS DE GROAT ESTATE
THE WILLIAMS FIRM
ATTN: STEPHEN N. WILLIAMS
2467 CALDER AVE.
BEAUMONT, TX  77702

REQ FOR SPEC NOT
ATTY/MERIDIAN/LLOYD'S/GREAT LAKES
MUSICK PEELER & GARRETT LLP\
ATTN:  RICHARD S. CONN
624 S. GRAND AVE. #2000
LOS ANGELES, CA  90017

REQ. FOR SPEC NOTICE
DENNIS SIMON
CROSSROADS LLC
9 EXECUTIVE CIRCLE, SUITE 190
IRVINE, CA  92614

REQ FOR SPEC NOTICE
ATTY/ASERETH MEDICAL SERVICES INC.
PAUL B. NESBITT, ESQ.
JNESBITT & ASSOCIATES
9601 WILSHIRE BLVD., #828
LOS ANGELES, CA  90210

#71956.1

| | | |
|---|---|---|
| REQ. FOR SPEC. NOTICE<br>CO-DEF ATTY TO NANDLAL PATEL MD<br>WRIGHT & KIDWELL PC<br>ATTN:  MATT CATALANO<br>505 N. BIG SPRING #300<br>MIDLAND, TX  79701 | REQ FOR SPEC NOT/JOHN PRZYBYLA<br>PROVOST UMPHREY LAW FIRM<br>ATTN:  J. FISHER/M. SPARKS<br>490 PARK STREET<br>BEAUMONT, TX  77704 | REQ. SPEC NOT/ATTY FOR MILDRED GAINES<br>BAIN, FILES, JARRETT & BAIN<br>109 WEST FERGUSON<br>PO BOX 2013<br>TYLER, TX  75710 |
| REQ SPEC NOT/ATTY FOR McILROY ESTATE<br>GRAY HART LLP<br>ATTN:  JAY K. GRAY<br>2419 HIGHWAY 121<br>BEDFORD, TX  76021 | REQ SPEC NOT/ATTY FOR COVENANT CARE<br>PHARMACY SUPPORT SERVICES<br>C/O ANDREW TOROK, GEN COUNSEL<br>27071 ALISO CREEK RD #100<br>ALISO VIEJO, CA  92656 | REQ SPEC NOT/ATTY M. MUCCIANTI<br>REIN EVANS & SESTANOVICH LLP<br>ATTN;  BYRON Z. MOLDO/PATRICK FRAIOLI<br>1925 CENTURY PARK EAST 16TH FLOOR<br>LOS ANGELES, CA  90067 |
| REQ SPEC NOT/ATTY HPH ASSOCIATES<br>HARDY & ATHERTON, P.C.<br>ATTN:  JERRY L. ATHERTON<br>909 ESE LOOP 323, SUITE 750<br>TYLER, TX  75701 | REQ SPEC NOT/ATTY OSBURN ESTATE<br>NOTEBROOM & PARKER<br>ATTN:  DINA K. MADISON<br>669 AIRPORT FREEWAY, #100<br>HURST, TX  76053 | REQ SPEC NOT/ATTY TO COMAL AND TAYLOR<br>COUNTIES, ABILENE<br>ATTN:  MICHAEL REED, ESQ.<br>McCREARY VESELKA BRAGG & ALLEN<br>P.O. BOX 26690<br>AUSTIN, TX  78755-0990 |
| REQ SPEC NOT<br>AT&T CORP.<br>ATTN:  JUDITH ARCHER, ESQ.<br>900 US HIGHWAY 202/206<br>BEDMINSTER, NJ  07921-2691 | REQ SPEC NOT<br>SUN HEALTCARE GROUP, INC.<br>ALICY NYSTEL PAGE, ESQ.<br>101 SUN AVE NE<br>ALBUQUERQUE, NM  87109 | SPEC NOT REQ/ATTY FOR QUINN<br>GERALD TREECE<br>SOUTH TEXAS COLLEGE OF LAW<br>1303 SAN JACINTO<br>HOUSTON, TX  77002 |
| SPEC NOT REQ/ATTY FOR THE BRADYS<br>NUNLEY DAVIS JOLLEY & HILL LLP<br>ATTN:  WILLIAM A. BRANT, ESQ.<br>1580 S. MAIN ST., SUITE 200<br>BOERNE, TX  78006 | SPEC NOT REQ/ATTY FOR ANNA LOUIS DANIELS<br>CLARKSON, GORE & MARSELLA<br>ATTN:  SCOTT C. CLARKSON, ESQ.<br>3424 CARSON STREET, SUITE 350<br>TORRANCE, CA  90503 | SPEC NOT REQ/ATTY TO SHEPARD ESTATE<br>PERKINS COIE LLP<br>ATTN:  STEVEN G.F. POLARD<br>1620 26TH ST., 6TH FL<br>SANTA MONICA, CA  90404 |
| SPEC NOT REQ/ATTY GATES McDONALD GIBBONS<br>#120515 GATES McDONALD F/K/A GIBBONS CO.<br>SEALS & TENENBAUM, APC<br>ATTN:  JAY M. TENENBAUM, ESQ.<br>2323 W. LINCOLN AVE., #127<br>ANAHEIM, CA  92801 | SPEC NOT REQ/ATTY FOR SUMMIT CARE TX<br>LEONARD A. GOLDMAN, ESQ.<br>LAW OFFICE OF LEONARD A. GOLDMAN<br>1900 AVE. OF THE STARS, #1800<br>LOS ANGELES, CA  90067 | ATTY TO SO DESERT CLINIC PHARM ET AL<br>IRELL & MANELLA<br>JEFFREY REISNER/RAVI FLANAGAN<br>840 NEWPORT CENTER DR. #400<br>NEWPORT BEACH, CA  92660-6324 |
| SPEC NOT REQ<br>SOUTHERN DESERT CLINIC PHARMACY<br>27071 ALISO CREEK ROAD<br>ALISO VIEJO, CA  92656 | SPEC NOT REQ/ATTY TO GE CAP<br>GLASS & GOLDBERTG<br>ATTN:  MARSHALL F. GOLDBERG<br>21700 OXNARD ST., #430<br>WOODLAND HILLS, CA  91367-3665 | SPEC NOT REQ./O'BURTON ESTATE<br>LAW OFFICE JEFFREY H. RASANSKY<br>ATTN:  DAVETTE J. SPEER, PARALEGAL<br>3811 TURTLE CREEK BLVD., #1640<br>DALLAS, TX  75219 |
| SPEC NOT REQ/ ATTY TO ANDREWS-BESEDA<br>LAW OFFICES OF DEAN W. GREER<br>2929 MOSSROCK, SUITE 105<br>SAN ANTONIO, TX  78230 | SPEC NOT REQ/ATTY LLOYDS, LONDON ET AL<br>J. SHELDON CAPELOTO<br>McKINLEY & CAPELOTO<br>225 SOUTH LAKE AVENUE, SUITE 300<br>PASADENA, CA  91101 | SPEC NOT REQ/ATTY LLOYDS, ET AL<br>KRISTI WEILER DEAN, ESQ.<br>LAW OFFICE KRISTI WEILER DEAN<br>16501 VENTURA BOULEVARD, SUITE 301<br>ENCINO, CA  91436-2067 |
| SPEC NOT REQ/ATTY TX HUMAN RESOURCES<br>FLORA A. FEARON, ASST ATTY GEN OF TX<br>BANKRUPTCY & COLLECTIONS DIV<br>P.O. BOX 12548<br>AUSTIN, TX  78711-2548 | SPEC NOT REQ/ATTY TO SUSAN FLEISHMAN<br>LAW OFFICE OF MARC LIEBERMAN<br>ATTN:  MARC LIEBERMAN/KARIE KAISER<br>1875 CENTURY PARK EAST, #2200<br>LOS ANGELES, CA  90067-2523 | SPEC NOT REQ/ATTY TO RIVERSIDE CTY<br>PAUL McDONNELL-TREASURER/TAX COLLECTOR<br>ATTN MARIA O'NEIL<br>COUNTY OF RIVERSIDE<br>P.O. BOX 12005<br>RIVERSIDE, CA  92502-2205 |

#71956.1

SPEC NOT REQ/ATTY TO AMER EXPRESS
SVCS CO. INC. CORP CARD
C/O BECKET & LEE LLP
P.O. BOX 3001 DEPT. AC
MALVERN, PA  19355-0701

SPEC NOT REQ/ATTY TO G. SCURLOCK
ATTN J. WAYNE LITTLE
RILEY DORNBURG LITTLE & WHAM
220 W. DAVIS
CONROE, TX  77301

SPEC NOT REQ/REGAL CAPITAL I, INC.
REGAL CAPITAL I, INC.
ATTN:  ELLIOT H. HERSKOWITZ
P.O. BOX 626 PLANETARIUM STATION
NEW YORK, NY  10024-0540

SPEC NOT REQ/TX COMPTROLLER
JOHN MARK STERN, ASST ATTY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX  78711-2548

SPEC NOT REQ/ATTY TO E. ZOLLA
GOOD WILDMAN HEGNESS & WALLEY
ATTN JOHN A. STILLMAN, ESQ.
5000 CAMPUS DRIVE
NEWPORT BEACH, CA  92660

SPEC NOT REQ/ATTY TO MAY
MIKE RIDULFO, ESQ.
SORRELL ANDERSOJN L;EHRMAN MAIXNER RIDULFO
711 N. CARANCAHUA, #1200
CORPUS CHRISTI, TX  78475

SPEC NOT REQUEST
LEONARD & CATHERINE MAY
7433 FM 70
BISHOP, TX  78343

SPEC NOT REQUEST/ATTY TO BAYLOR HEALTH
HAYNES & BOONE LLP
900 MAIN ST., SUITE 3100
DALLAS, TX  75202

SPEC NOT REQUEST
TYLER & WILSON
ATTN:  FRANCESCA BROTMAN-OMER
6500 WILSHIRE BLVD., #125
LOS ANGELES, CA  90048

ATTY TO AIES INS. CO.
BRAD REAGER, CLAIMS ANALYST, A.I.G.T.S.
HEALTHCARE CLAIMS DEPARTMENT
2 RINCON CENTER
121 SPEAR STREET, 6TH FLOOR
SAN FRANCISCO, CA  94105

SPEC NOT REQUEST
ATTY TO CALWEST INDUSTRIAL PROPERTIES
GLEN DRESSER, ESQ.
12650 RIVERSIDE DR., #100
NORTH HOLLYWOOD, CA  91607

ATTORNEY FOR MEDICOM, INC.
VINCENT M. LENTINI, ESQ.
600 OLD COUNTY ROAD, SUITE 202
GARDEN CITY, NY  11530

ATTORNEYS FOR KEN KERR
ROBERT BRUMFIELD, ESQ.
PRICE & BRUMFIELD
841 MOHAWK STREET, SUITE 200
BAKERSFIELD, CA  93309

KAYE SCHOLER LLP
RON L. LEIBOW
1999 AVENUE OF THE STARS, STE. 1600
LOS ANGELES, CA  90067

MADISON LIQUIDITY INVESTORS
4210 SHAWNEE MISSION PARKWAY, STE. 310A
FAIRWAY, KS  66205
ATTN:  ANTONIA ROBERTSON

SCOTT KROCHEK
ARGO PARTNERS
12 W. 37TH STREET, 9TH FLOOR
NEW YORK, NY  10018

SPEC NOT REQUEST
ATTYS. FOR CEDAR-SINAI MED CTR
LANCE N. JURICH, ESQ.
LOEB & LOEB LLP
10100 SANTA MONICA BOULEVARD, STE. 2200
LOS ANGELES, CA  90067-4164

SPEC NOT REQUEST
NEIL H. HERSKOWITZ
REGEN CAPITAL INC.
PO BOX 626,
PLANETARIUM STATION
NEW YORK, NY  10024-0540

SPECIAL NOT REQUEST
MICHAEL G. SAWICKI
BRONW, SAWICKI & MITCHELL LLP
2626 COLE AVENUE, SUITE 850
DALLAS, TX  75204

DEVELOPMENT SPECIALIST, INC.
ATTN:  GEOFFREY BERMAN
333 S. GRAND AVENUE, SUITE 2010
LOS ANGELES, CA  90071

#71956.1